UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMA PLASTIC INDUSTRY, | **Document Filed Electronically** |
| Plaintiff and Counter-Defendant, | |
| v. | |
| PRITCHETT TWINE & NET WRAP, LLC, PRITCHETT TWINE, NET WRAP & AG SALES, JERALD PRITCHETT, JOSEPH PRITCHETT, JJ PRITCHETT, BALE SUPPLY, LLC, JAMES BROWN, AND ZACHARY BROWN, | Civil Action No. 1:11-cv-0783 JMS DKL<br><br>District Judge Jane Magnus-Stinson<br>Magistrate Judge Denise K. LaRue |
| Defendants and Counterclaimants. | |

## JOINT MOTION FOR STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND EXPEDITED DISCOVERY PERTAINING TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Tama Plastic Industry ("Tama") and defendants Pritchett Twine & Net Wrap, LLC, Pritchett Twine, Net Wrap & Ag Sales, Jerald Pritchett, Joseph Pritchett, JJ Pritchett, James Brown and Zachary Brown ("Defendants"), pursuant to Rules 6(b) and (d) of the Federal Rules of Civil Procedure, and S. D. Ind. L. R. 6.1, jointly move for the entry of the attached Stipulation and Order Regarding Briefing Schedule and Expedited Discovery Pertaining to Plaintiff's Motion for Preliminary Injunction ("Stipulation"), and in support thereof represent and show the Court as follows:

1. Tama filed its Motion for Preliminary Injunction electronically on Friday, March 30, 2012. Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants have until Monday, April 16, 2012 within which to respond.

2. The parties have conferred and have reached agreement on a briefing schedule relating to Tama's Motion for Preliminary Injunction, including an enlargement of time for Defendants to respond to the Motion, and for expedited discovery.

3. The parties' agreement is reflected in the attached Stipulation and Order Regarding Briefing Schedule and Expedited Discovery Pertaining to Plaintiff's Motion for Preliminary Injunction.

4. The parties jointly move the Court to grant this Motion and to approve and enter the Stipulation.

WHEREFORE, Tama and Defendants, by counsel, pray that the Court approve and enter the attached Stipulation and Order Regarding Briefing Schedule and Expedited Discovery Pertaining to Plaintiff's Motion for Preliminary Injunction ("Stipulation"), and for all other just and proper relief.

Approved and Consented to:

LERNER DAVID LITTENBERG
  KRUMHOLZ & MENTLIK, LLP

By:   s/ Arnold I. Rady [By Consent]
    Arnold I. Rady
    600 South Avenue West
    Westfield, NJ 07090-1497
    Tel: 908.654.5000
    Fax: 908.654.7866
    E-mail: arady@ldlkm.com
    *Attorneys for Plaintiff*
    *Tama Plastic Industry*

HARRISON & MOBERLY, LLP

By:   s/ Stephen A. Arthur [By Consent]
    Stephen E. Arthur, #4055-49
    10 W. Market Street, Suite 700
    Indianapolis, IN 46204
    Tel: 317.639.4511
    Fax: 317.639.9565
    E-mail: sarthur@harrisonmoberly.com
    *Attorneys for Plaintiff*
    *Tama Plastic Industry*

BRANNON ROBINSON SOWERS
  HUGHEL & DOSS PC

By:   s/ Steven G. Cracraft
    Steven G. Cracraft #3417-49
    Arthur S. Robinson, #10654-49
    William K. Doss, #20097-29
    1 N. Pennsylvania Street, Suite 800
    Indianapolis, IN 46204
    Phone: (317) 261-1100
    Fax: (317) 630-2813
    sgc@brannonrobinson.com
    asr@brannonrobinson.com
    wkd@brannonrobinson.com
    *Attorneys for Defendants*
    *Pritchett Twine & Net Wrap, LLC*
    *d/b/a Pritchett Twine, Net Wrap & Ag Sales;*
    *Jerald Pritchett a/k/a Joseph Pritchett*
    *a/k/a JJ Pritchett; James Brown, and Zachary Brown*

KLF LEGAL

By:   s/ Kenan L. Farrell [By Consent]
    Kenan L. Farrell
    451 N. New Jersey Street
    Indianapolis, IN 46204
    Tel: 317.808.0000
    Fax: 317.630.4824
    E-mail: kfarrell@klflegal.com
    *Attorneys for Defendants*
    *Pritchett Twine & Net Wrap, LLC*
    *d/b/a Pritchett Twine, Net Wrap & Ag Sales;*
    *Jerald Pritchett a/k/a Joseph Pritchett*
    *a/k/a JJ Pritchett; James Brown,*
    *and Zachary Brown*