UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAMA PLASTIC INDUSTRY,<br><br>    Plaintiff and<br>    Counter-Defendant,<br><br>v.<br><br>PRITCHETT TWINE & NET WRAP,<br>LLC; PRITCHETT TWINE,<br>NET WRAP & AG SALES;<br>JERALD PRITCHETT a/k/a<br>JOSEPH PRITCHETT a/k/a<br>JJ PRITCHETT;<br>BALE SUPPLY, LLC; JAMES BROWN<br>and ZACHARY BROWN,<br><br>    Defendants and<br>    Counterclaimants. | Civil Action No. 1:11-cv-0783 JMS/DKL<br><br>District Judge Jane Magnus-Stinson<br>Magistrate Judge Denise K. Larue |

## DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION

Defendant Pritchett Twine & Net Wrap, LLC, *et al.*, ("Pritchett") hereby responds to Plaintiff's motion for a preliminary injunction enjoining Defendants from infringing U.S. Patent No. 6,521,551.

Defendants' reasons for denying Plaintiffs motion are set forth in detail in Defendants' Memorandum and accompanying exhibits and declarations filed concurrently herewith.

WHEREFORE, Pritchett prays that this Court deny Plaintiff's Motion for Preliminary Injunction.

Date: May 10, 2012

Respectfully submitted,

*/s/ Arthur S. Robinson*

Arthur S. Robinson
Attorney No. 10654-49

BRANNON ROBINSON SOWERS HUGHEL & DOSS PC
1 North Pennsylvania Street, Suite 800
Indianapolis, Indiana 46204
Phone: 317-630-2810
Fax:    317-630-2813

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing documents were filed electronically on May 10, 2012, using the Court's Electronic Case Filing System. Notice of this filing will be sent electronically to all counsel appearing in this cause. Parties may access this filing through the Court's Electronic Case Filing System.

Stephen E. Arthur
Harrison & Moberly, LLP
sarthur@harrisonmoberly.com

Arnold I. Rady
Lerner David Littenberg Krumholz & Mentlik, LLP
arady@idlkm.com

Kenan Larry Farrell
KLF Legal
kfarrell@klflegal.com


_____
Arthur S. Robinson