## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TAMA PLASTIC INDUSTRY, | : | |
| | : | |
| Plaintiff and Counter-Defendant, | : | |
| v. | : | |
| | : | |
| PRITCHETT TWINE & NET WRAP, LLC, | : | Civil Action No. 1:11-cv-0783 JMS DKL |
| PRITCHETT TWINE, NET WRAP & AG | : | |
| SALES, JERALD PRITCHETT, | : | District Judge Jane Magnus-Stinson |
| JOSEPH PRITCHETT, JJ PRITCHETT, | : | Magistrate Judge Denise K. LaRue |
| BALE SUPPLY, LLC, JAMES BROWN, | : | |
| AND ZACHARY BROWN, | : | |
| | : | |
| Defendants and Counterclaimants. | : | |

### FILING OF DOCUMENTS UNDER SEAL BY DEFENDANTS
### IN SUPPORT OF DEFENDANTS' MEMORANDUM IN
### OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendants Pritchett Twine & Net Wrap LLC, Pritchett Twine, Net Wrap & Ag Sales, and Jerald Pritchett a/k/a Joseph Pritchett a/k/a JJ Pritchett ("Defendants") hereby file with the Court under seal documents, enclosed in the appended sealed envelope, pursuant to Local Rule 5-11 and the Stipulated Protective Order entered in this case on December 28, 2011 (Dkt. 42). The documents enclosed in the appended envelope are:

(1)   Defendants' Memorandum in Support of Its Brief in Opposition to Plaintiff's Motion for Preliminary Injunction with Exhibit 1 Patent Number 5,256,353; Exhibit 2 Patent Number 5,660,062; Exhibit 3 Pellegrino memorandum; and Exhibit 4 Interrogatory responses

(2)   Declaration of Jerald Pritchett; and

(3)   Declaration of Steven G. Cracraft attaching deposition excerpts of Yuval Lieber, Tamar Ron and Joseph J. Pritchett, and illustrative documents from a U.S. Patent and Trademark file history.

All of the enclosed documents are filed in support of Defendants' Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction filed electronically on May 10, 2012.

A copy of each of the documents in the appended sealed envelope are being served on counsel of record pursuant to the Certificate of Service hereto.

Respectfully submitted,

BRANNON ROBINSON SOWERS HUGHEL & DOSS PC

By: _s/ Arthur S. Robinson, Jr._
    Arthur S. Robinson, Jr., Attorney No. 10654-49

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document as well as a copy of each of the documents listed herein, which were filed with the Court under seal on this date, was served upon the following individuals by placing a copy of the same in the U.S. mail, first-class postage prepaid, on this 10th day of May, 2012.

Stephen E. Arthur
HARRISON & MOBERLY, LLP
10 West Market St., Suite 700
Indianapolis, IN 46204
sarthur@h-mlaw.com

Arnold I. Rady
LERNER DAVID LITTENBERG
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
arady@idlkm.com

Kenan L. Farrell
KLF LEGAL
451 N. New Jersey Street
Indianapolis, IN 46204
kfarrell@klflegal.com

_s/ Arthur S. Robinson, Jr._
Arthur S. Robinson, Jr.

Arthur S. Robinson, Jr.
BRANNON ROBINSON SOWERS
  HUGHEL & DOSS PC
1 N. Pennsylvania Street, Suite 800
Indianapolis, IN 46204
Phone: (317) 261-1100
Fax: (317) 630-2813
asr@brannonrobinson.com
*Attorney for Defendants Pritchett Twine & Net Wrap, LLC;*
*Pritchett Twine, Net Wrap & Ag Sales;*
*Jerald Pritchett a/k/a Joseph Pritchett a/k/a JJ Pritchett;*
*James Brown and Zachary Brown*